# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: 63 MILL RIVER ROAD LLC

Bankruptcy Case No.: 8−26−71066−spg

63 MILL RIVER ROAD LLC
William Jean Gibbs, Sr.
Dr. William J. Gibbs, Jr.

Plaintiff(s),

−against−

Adversary Proceeding No. 8−26−08103−spg

Stormfield Capital Funding I, LLC
Wesley W Carpenter
Joseph Raya
JB Lending LLC
Joel Rosen
Tao Investment Group
Shoppers World Construction Corp
John Does 1−10
Stormfield Capital, LLC

Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**

**United States Bankruptcy Court**
**290 Federal Plaza**
**Central Islip, NY 11722**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

**Karamvir Dahiya**
**Dahiya Law Offices LLC**
**111 John Street**
**Ste 1860**
**New York, NY 10038**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: September 10, 2026

Paul Dickson, Clerk of the Court

**Summons (AST)**[Summons and Notice of Pretrial Conf. rev. 05/27/2016]